IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROLAND SCHOELLES,

    Petitioner,

v.                                                                    CASE NO. 4:07-cv-00220-MP-WCS

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the Petition in this case be denied, and this case dismissed with prejudice. The time for filing objections has passed, and none have been filed. The undersigned agrees with the Magistrate Judge that Petitioner did not receive ineffective assistance of counsel leading up to his guilty plea. First, Petitioner's son's injuries - a broken back and a lacerated kidney - are obviously serious bodily injuries. Also, the deal he received - six months - was clearly the best result obtainable by his counsel, rather than ineffective assistance of counsel. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Petition in this case is denied, and this case is dismissed with prejudice.

    **DONE AND ORDERED** this  *4th*  day of November, 2008

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge